In the Matter of ROCHESTER GAS AND ELECTRIC CORPORATION, Respondent, and GENERAL PUBLIC UTILITIES CORPORATION, Intervener, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

Submitted October 11, 1948; decided October 21, 1948.

*T. Carl Nixon, Earl L. Dey, Edmund B. Naylon, George Foster, Jr., Allen E. Throop* and *James B. Liberman* for motion.

*George H. Kenny, Joseph J. Doran, Samuel R. Madison* and *Sherman C. Ward* opposed.

Motion granted and appeal dismissed, without costs, unless, within twenty days, the Public Service Commission files a stipulation for order absolute, in which event motion denied.